FILED
OCT 3 0 2007
OCT. 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DERRICK WATERS, | ) | 07CV 6139 |
| | ) | JUDGE LEINENWEBER |
| Plaintiff, | ) | MAGISTRATE JUDGE NOLAN |
| | ) | |
| v. | ) | |
| | ) | |
| P.O. JOHN DOE 1-4, individually, | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

### COMPLAINT

NOW COMES the Plaintiff, DERRICK WATERS, by and through his attorneys, GREGORY E. KULIS and ASSOCIATES, and complaining against the Defendants, P.O. JOHN DOE 1-4, individually, as follows:

### COUNT I - FALSE ARREST

1) This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the civil rights of the Plaintiff accomplished by acts and/or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331.

3) The Plaintiff, DERRICK WATERS, at all relevant times, was a United States citizen and permanent resident of the State of Illinois.

4) The Defendants, P. O. JOHN DOE 1-4, were at all relevant times duly appointed police officers of the City of Chicago and at all relevant times were acting within their scope of employment and under color of law.

1

5) On or about February 22, 2006, the Plaintiff was parked in a car in the vicinity of the intersection of Lake and Laramie in the City of Chicago, Illinois.

6) The Plaintiff was not committing a crime or breaking any laws.

7) The Defendants came upon the Plaintiff and took him into custody.

8) The Plaintiff was charged with possession of drugs.

9) The Defendants did not have probable cause to arrest the Plaintiff.

10) Said action of Defendants, P. O. JOHN DOE 1-4, were intentional, willful and wanton.

11) Said actions of the Defendants, P. O. JOHN DOE 1-4, violated the Plaintiff's Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

12) As a direct and proximate consequence of said conduct of the Defendants, Plaintiff DERRICK WATERS suffered violations of his constitutional rights, monetary expense, fear, emotional distress, and pain and suffering.

WHEREFORE, the Plaintiff, DERRICK WATERS, prays for judgment against the Defendants, P. O. JOHN DOE 1-4, jointly and severally, in an amount in excess of TWENTY THOUSAND AND 00/100 ($20,000.00) DOLLARS compensatory damages and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS punitive damages, in addition to attorney's fees and costs.

## JURY DEMAND

The Plaintiff, DERRICK WATERS, requests a trial by jury.

Respectfully submitted,

/s/ Ronak Patel
GREGORY E. KULIS AND ASSOCIATES

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830