UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DERRICK WATERS,** | ) | Case No. 07 C 6139 |
| | ) | |
| Plaintiff, | ) | Judge Leinenweber |
| | ) | |
| v. | ) | Magistrate Judge Nolan |
| | ) | |
| **P.O. L.H. ALEXANDER #13518,** | ) | Jury Demand |
| **P.O. B.A. JOHNSON #10048, and** | ) | |
| **P.O. O.O. WATTS #15226, individually** | ) | |
| | ) | |
| **Defendants.** | ) | |

### EX-PARTE NOTICE OF FILING

PLEASE TAKE NOTICE that on this 28th day of March 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **PLAINTIFF'S FIRST AMENDED COMPLAINT.**

/s/ Ronak D. Patel
GREGORY E. KULIS & ASSOCIATES, LTD.

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 28th day of March 2008, I, RONAK D. PATEL, an attorney, served the attached documents upon the aforementioned address by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ Ronak D. Patel

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**