UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 07 C 6139 |
|---|---|
| DERRICK WATERS, Plaintiff | Judge Leinenweber |
| | Mag. Judge Nolan |
| v. | |
| P.O. L.H. ALEXANDER et al., Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Larron Alexander, Brad Johnson, Otis Watts** Defendants.

| | |
|---|---|
| SIGNATURE            /s/ Marcy M. Labedz | ASSISTANT CORPORATION COUNSEL |
| FIRM            CITY OF CHICAGO. DEPT. OF LAW-INDIVIDUAL DEFENSE DIVISION | |
| STREET ADDRESS            30 N. LaSALLE STREET, SUITE 1400 | |
| CITY/STATE/ZIP            CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)            06279219 | TELEPHONE NUMBER            (312) 744-3982 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?            YES **X**    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?            YES ☐    NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?            YES **X**    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES **X**    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.            RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |