UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRICK WATERS, ) | |
| ) | |
| Plaintiff, ) | NO. 07 C 6139 |
| ) | |
| v. ) | JUDGE LEINENWEBER |
| ) | MAGISTRATE JUDGE NOLAN |
| P.O. L.H. ALEXANDER #13518, ) | |
| P.O. B.A. JOHNSON #10048, and ) | |
| P.O. O.O. WATTS #15226, individually ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

**DEFENDANT OFFICERS' AGREED MOTION TO
ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Chicago Police Officers, Larron Alexander, Brad Johnson, and Otis Watts ("Defendant Officers"), by one of their attorneys, Marcy M. Labedz, Assistant Corporation Counsel for the City of Chicago, respectfully request this Honorable Court to enlarge the time in which Defendant Officers may answer or otherwise plead to Plaintiff's First Amended Complaint, up to and including June 15, 2008. In support thereof, Defendant Officers state as follows:

1. Plaintiff's First Amended Complaint was filed on March 28, 2008. Defendants Alexander, Johnson, and Watts have been served on April 21, 2008, April 24, 2008, and April 24, 2008, respectively.

2. The undersigned has filed an appearance for Defendant Officers on today's date.

3. Defendant Officers' Answers or other responsive pleadings are due at or about May 12, 2008 and May 15, 2008.

4. Defendant Officers' attorney has not been able to review the file, and is awaiting for documents pertaining to this case. Further, the attorney has not been able to meet with the clients.

5. This Motion is Defendant Officers' first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues.

6. Plaintiff's counsel, Ronak Patel, has no objection to the extension of time requested herein.

**WHEREFORE,** Defendant Officers respectfully request that this Honorable Court grant an extension of time up to and including June 15, 2008, to answer or otherwise plead to Plaintiff's First Amended Complaint.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 744-3982
(312) 744-6566
Attorney No.  06279219

May 12, 2008

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused a true and correct copy of **DEFENDANT OFFICERS' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, and **NOTICE OF MOTION** to be served on the person(s) named in the foregoing Notice, via electronic mail, at the address therein stated, on May 12, 2008.

/s/ Marcy M. Labedz
MARCY M. LABEDZ