UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DERRICK WATERS, | ) | |
| | ) | |
| Plaintiff, | ) | NO.  07 C 6139 |
| | ) | |
| v. | ) | JUDGE LEINENWEBER |
| | ) | MAGISTRATE JUDGE NOLAN |
| P.O. L.H. ALEXANDER #13518, | ) | |
| P.O. B.A. JOHNSON #10048, and | ) | |
| P.O. O.O. WATTS #15226, individually | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

TO:    Gregory E. Kulis, David Lipschultz, Kathleen Ropka
Ronak Patel, and Shenaz I. Mansuri
Gregory E. Kulis and Associates, Ltd.
30 N. LaSalle, Suite 2140
Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Leinenweber or before such other Judge sitting in his place or stead, on **Wednesday, May 14, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 12th day of May 2008.

Respectfully submitted,

/s/ Marcy M. Labedz
Marcy M. Labedz

30 North LaSalle St., Suite 1400
Chicago, Illinois  60602
(312) 744-3982
Attorney No.  06279219

1