IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DERRICK WATERS, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 07 C 6139 |
| | ) | |
| v. | ) | JUDGE LEINENWEBER |
| | ) | MAGISTRATE JUDGE NOLAN |
| P.O. L.H. ALEXANDER #13518, | ) | |
| P.O. B.A. JOHNSON #10048, and | ) | |
| P.O. O.O. WATTS #15226, individually | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Gregory E. Kulis, David S. Lipschultz, Kathleen C. Ropka,
      Ronak Patel, Shehnaz I. Mansuri
      Gregory E. Kulis & Associates
      30 N LaSalle St., Suite 2140
      Chicago, Illinois 60602

   **PLEASE TAKE NOTICE** that on June 11, 2008, I have caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' ANSWER, AFFIRMATIVE DEFENSES, and JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**, a copy of which is herewith served upon you.

                              Respectfully submitted,

                              /s/ Marcy M. Labedz
                              MARCY LABEDZ
                              Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
(312) 744-6566 (Fax)
Atty. No. 06279219