# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6139 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Derrick Waters vs. P.O. L.H. Alexander, et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Qualified HIPAA and Confidential Matter Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: WAP