UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRICK WATERS, ) | |
| ) | |
| Plaintiff, ) | NO. 07 C 6139 |
| ) | |
| v. ) | JUDGE LEINENWEBER |
| ) | MAGISTRATE JUDGE NOLAN |
| P.O. L.H. ALEXANDER #13518, ) | |
| P.O. B.A. JOHNSON #10048, and ) | |
| P.O. O.O. WATTS #15226, individually ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

_Ronak Patel_
Gregory E. Kulis
Attorney for Plaintiff,
Derrick Waters
Gregory E. Kulis and Associates
30 N. LaSalle, Suite 2140
Chicago, Illinois 60602
(312) 580-1830
Attorney No. 6290425

DATE: 7/23/08

_My Labedz_
Marcy M. Labedz
Assistant Corporation Counsel
Attorney for Defendants,
Larron Alexander, Brad Johnson, and
Otis Watts
30 N. LaSalle, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
Attorney No. 06279219

DATE: 7-28-08