# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6139 | **DATE** | 8/1/2008 |
| **CASE TITLE** | Derrick Waters vs. P.O. L.H. Alexander, et al | | |

**DOCKET ENTRY TEXT**

All of the claims of Plaintiff, Derrick Waters against Defendants, Larron Alexander, Brad Johnson, and Otis Watts, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the Release and Settlement Agreement. Status hearing stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: WAP