UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DERRICK WATERS, ) | |
| ) | |
| Plaintiff, ) | NO. 07 C 6139 |
| ) | |
| v. ) | JUDGE LEINENWEBER |
| ) | MAGISTRATE JUDGE NOLAN |
| P.O. L.H. ALEXANDER #13518, ) | |
| P.O. B.A. JOHNSON #10048, and ) | |
| P.O. O.O. WATTS #15226, individually ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Derrick Waters, by one of his attorneys, Gregory E. Kulis, and Defendants, Larron Alexander, Brad Johnson, and Otis Watts, by their attorney, Marcy M. Labedz, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Derrick Waters against Defendants, Larron Alexander, Brad Johnson, and Otis Watts, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the Release and Settlement Agreement.

ENTER:

The Honorable Harry D. Leinenweber
United States District Judge

DATED: 8/1/2008